# Third District Court of Appeal
## State of Florida

Opinion filed August 16, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-958
Lower Tribunal No. F18-7104
_____

**Terrance Walter Byrd,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Terrance Walter Byrd, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Casteel v. State</u>, 141 So. 3d 624, 625 (Fla. 4th DCA 2014) ("The burden is on the movant to show his entitlement to relief [pursuant Florida Rule of Criminal Procedure 3.801] is clear on the face of the record.").